# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GARY L. PRATER, | : | |
| Plaintiff, | : | |
| | | Case No. 3:11cv00455 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| BLOCK BY BLOCK/MYDATT SERVICES, INC., et al., | : | Magistrate Judge Sharon L. Ovington |
| | : | |
| Defendants. | | |
| | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that on May 24, 2012, Defendant Mydatt Services, Inc. d/b/a Block-by-Block ("Block-by-Block") filed a Motion to Dismiss. (Doc. # 14). You should receive a copy of the Motion directly from this Defendant.

Under the rules of this Court (S.D. Ohio Civ. R. 7.2), you are allowed twenty-one days from the date of service (May 24, 2012) within which to file a response to the Motion to Dismiss, plus an extra three days if the Motion was served on you by mail. Your response to the Motion to Dismiss must be filed with the Court **not later than June 18, 2012**. If you fail to file a timely response to the Motion to Dismiss, your claims against Defendant Block-by-Block may be dismissed.

May 25, 2012

                                                                       s/Sharon L. Ovington  
                                                                        Sharon L. Ovington  
                                                              United States Magistrate Judge