# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GARY L. PRATER, | : | |
| Plaintiff, | : | Case No. 3:11cv00455 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| BLOCK BY BLOCK/MYDATT SERVICES, et al., | : | |
| | : | |
| Defendants. | | |
| | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that on June 11, 2012, Defendants Merle Cattani filed a Motion to Dismiss.  (Doc. #26).  You should receive a copy of the Motion directly from Defendant Cattani.

Under the rules of this Court (S.D. Ohio Civ. R. 7.2), you are allowed twenty-one days from the date of service (June 11, 2012) within which to file a  response to the Motion to Dismiss, plus an extra three days if the Motion was served on you by mail.  Your response to the Motion to Dismiss must be filed with the Court **not later than July 5, 2012**.  If you fail to file a timely response to the Motion to Dismiss, your claims against Defendant Cattani may be dismissed.

June 14, 2012                                                                     s/Sharon L. Ovington
                                                                                      Sharon L. Ovington
                                                                United States Magistrate Judge