# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GARY L. PRATER, | : | |
| Plaintiff, | : | Case No. 3:11cv00455 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| BLOCK BY BLOCK/MYDATT SERVICES, et al., | : | |
| | : | |
| Defendants. | | |
| | : | |

## ORDER OF DISMISSAL: TERMINATION ENTRY

Upon Plaintiff Gary L. Prater's Notice of Voluntary Dismissal (Doc. #38), pursuant to Fed. R. Civ. P. 41(a)(1)(A), and the record as a whole, this action is hereby **DISMISSED** without prejudice.

Defendants' Motions to Dismiss (Docs. #11, 14, 26, 28, 35, and 36) are **DENIED** as moot, and the case **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

October 9, 2012

                                                                                s/Sharon L. Ovington
                                                                                Sharon L. Ovington
                                                             United States Magistrate Judge